| | |
|---|---|
| WILLIAM NIBLE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>S. WINN-REED, et al.,<br><br>　　　　　　Defendants. | Case No. 1:19-cv-00340-SAB (PC)<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE IN WRITING WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PAY FILING FEE OR TO SUBMIT AN APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 5)<br><br>**FOURTEEN (14) DAY DEADLINE** |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

　　　　Plaintiff William L. Nible is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On March 14, 2019, Plaintiff initiated the instant action by filing a complaint pursuant to 42 U.S.C. § 1983 and an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2.)  However, Plaintiff's application to proceed *in forma pauperis* was deficient because the application did not include Plaintiff's original signature, which is required by Federal Rule of Civil Procedure 11(a) and Local Rule 131. (ECF No. 2.)

　　　　Therefore, on March 15, 2019, the Court issued an order directing Plaintiff to, within 30 days from the date of service of the order, either submit an application to proceed *in forma pauperis* that includes Plaintiff's original signature or pay the $400.00 filing fee. (ECF No. 5.)

1

However, the deadline for Plaintiff to comply with the Court's March 15, 2019 order has passed, and Plaintiff has not submitted a new application to proceed *in forma pauperis*, paid the $400.00 filing fee, or otherwise responded in any way to the Court's order.

Local Rule 110 provides that "[f]ailure of … a party to comply … with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Further, a plaintiff's failure to comply with court orders and prosecute their action is grounds for dismissal. In re Phenylpropanolamine (PPA) Products Liability Litigation, 460 F.3d 1217, 1226-29 (9th Cir. 2006).

Accordingly, the Court HEREBY ORDERS that:

1. Within **fourteen (14) days** from the date of service of this order, Plaintiff shall EITHER:
    a. Complete and return an application to proceed *in forma pauperis* that includes Plaintiff's original signature; OR
    b. Pay the $400.00 filing fee for this action; OR
    c. Show cause in writing why this action should not be dismissed for failure to comply with the Court's March 15, 2019 order;
2. The Clerk of the Court shall send Plaintiff a blank application to proceed *in forma pauperis* by a prisoner; and
3. Plaintiff is warned that failure to comply with this order will result in a recommendation to a district judge that the instant action be dismissed for failure to obey a court order and failure to prosecute.

IT IS SO ORDERED.

Dated: __**April 24, 2019**__

UNITED STATES MAGISTRATE JUDGE