UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NIBLE,<br><br>    Plaintiff,<br><br>    v.<br><br>S. WINN-REED, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00340-SAB (PC)<br><br>ORDER VACATING ORDER TO SHOW CAUSE ISSUED APRIL 25, 2019<br><br>(ECF No. 7)<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF Nos. 2, 8, 10)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION |

Plaintiff William Nible is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 14, 2019, Plaintiff initiated the instant action by filing a complaint pursuant to 42 U.S.C. § 1983 and an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2.) However, since Plaintiff's application to proceed *in forma pauperis* failed to include Plaintiff's original signature, on March 15, 2019, the Court issued an order directing Plaintiff to, within 30 days from the date of service of the order, either submit an application to proceed *in forma pauperis* that includes Plaintiff's original signature or pay the $400.00 filing fee.

(ECF Nos. 2, 5.) After Plaintiff failed to submit a signed application to proceed *in forma pauperis* or paid the $400.00 filing fee within the deadline, the Court issued an order to show cause directing Plaintiff to either file a signed application to proceed *in forma pauperis*, pay the $400.00 filing fee for this action, or show cause in writing why this action should not be dismissed for failure to comply with the Court's March 15, 2019 order. (ECF No. 7.)

On May 13, 2019, Plaintiff filed an application to proceed *in forma pauperis* that includes Plaintiff's original signature. (ECF No. 8.) On May 16, 2019, the California Department of Corrections and Rehabilitation filed a certified prison trust account statement that reflects the activity in Plaintiff's trust account for the last six months. (ECF No. 10.)

Initially, in light of the fact that Plaintiff has now filed an application to proceed *in forma pauperis* that includes Plaintiff's original signature, the Order to Show Cause issued on April 25, 2019 is hereby vacated.

Further, since Plaintiff has made the showing required by § 1915, the application to proceed *in forma pauperis* will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. The California Department of Corrections and Rehabilitation is required to send to the Clerk of the Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Accordingly, IT IS HEREBY ORDERED that:

1. The Order to Show Cause issued on April 25, 2019, (ECF No. 7), is VACATED;
2. Plaintiff's application to proceed *in forma pauperis*, (ECF Nos. 2, 8), is GRANTED;
3. **The Director of the California Department of Corrections and Rehabilitation or his/her designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been**

1         **collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action;**

4. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application, (ECF No. 8), on the Director of the California Department of Corrections and Rehabilitation, via the Court's electronic case filing system (CM/ECF); and

5. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated: __**May 20, 2019**__

UNITED STATES MAGISTRATE JUDGE