UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NIBLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. WINN-REED, et al.,<br><br>　　　　　Defendants. | No. 1:19-cv-00340-DAD-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, REVOKING PLAINTIFF'S *IN FORMA PAUPERIS* STATUS, AND REQUIRING PLAINTIFF TO PAY THE FILING FEE IN FULL TO PROCEED WITH THIS ACTION<br><br>(Doc. Nos. 11, 12) |

Plaintiff William Nible is a state prisoner currently proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff initiated this action on March 14, 2019. (Doc. No. 1.) Plaintiff's application to proceed *in forma pauperis* was granted on May 21, 2019. (Doc. No. 11.) On June 27, 2019, the assigned magistrate judge issued findings and recommendations recommending that the court's May 21, 2019 order granting plaintiff's application or proceed *in forma pauperis* be vacated, that plaintiff's *in forma pauperis* status be revoked pursuant to 28 U.S.C. § 1915(g), and that plaintiff be required to pay the $400.00 filing fee in full prior to proceeding any further with this action. (Doc. No. 12.) The findings and recommendations explain that plaintiff had suffered three or

1

more prior dismissals of cases brought by him which counted as strikes and that plaintiff's allegations did not satisfy the imminent danger exception under 28 U.S.C. § 1915(g). (*Id*. at 3–4.) The findings and recommendations were served on plaintiff and contained notice that objections thereto were to be filed within thirty days after service. (*Id.* at 4.) To date, plaintiff has not filed objections, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds that the magistrate judge's findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on June 27, 2019 (Doc. No. 12) are adopted in full;
2. The court's May 21, 2019 order granting plaintiff's application to proceed *in forma pauperis* (Doc. No. 11) is vacated; and
3. Within twenty-one days following service of this order, plaintiff shall pay the $400.00 filing fee in full to proceed with this action. If plaintiff fails to pay the filing fee within the specified time, this action will be dismissed.

IT IS SO ORDERED.

Dated: **October 21, 2019**

UNITED STATES DISTRICT JUDGE