UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NIBLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. WINN-REED, et al.,<br><br>　　　　　Defendants. | No. 1:19-cv-00340-DAD-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO OBEY A COURT ORDER<br><br>(Doc. No. 14) |

Plaintiff William Nible is a state prisoner currently proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This action was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 27, 2019, the assigned magistrate judge issued findings and recommendations recommending that: the court's May 21, 2019 order granting plaintiff's application to proceed *in forma pauperis* be vacated; plaintiff's *in forma pauperis* status be revoked pursuant to 28 U.S.C. § 1915(g); and plaintiff be required to pay the $400.00 filing fee in full prior to proceeding any further with this action. (Doc. No. 12.) On October 21, 2019, the undersigned adopted the findings and recommendations in full and ordered plaintiff to pay the $400.00 filing fee in full within twenty-one (21) days. (Doc. No. 13.) The October 21, 2019 order warned plaintiff that, if he failed to pay the filing fee within the specified time, the action would be dismissed. (*Id.* at 2.)

1

On November 18, 2019, the magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to comply with the court's October 21, 2019 order and failure to pay the filing fee. (Doc. No. 14.) These findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days. (*Id.* at 4.) More than fourteen days have passed since the findings and recommendations were served, and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

For these reasons,

1. The findings and recommendations issued on November 18, 2019 (Doc. No. 14) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to pay the required filing fee and failure to obey a court order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **January 23, 2020**

_____
UNITED STATES DISTRICT JUDGE